AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF     MASSACHUSETTS

UNITED STATES OF AMERICA
V.

DUTTON YARN COMPANY, L.P.
38 PRINCE AVENUE
LOWELL, MA 01852-4624

(Name and Address of Defendant)

**SUMMONS IN A CRIMINAL CASE**

Case Number:   CR04-10178 JLA

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>John Joseph Moakley Courthouse<br>1 Courthouse Way<br>Boston, MA 02210<br>Before:   The Hon. Joyce London Alexander | Room<br>#24, 7th Floor |
|---|---|
| | Date and Time<br>10:15 AM |

To answer a(n)
☐ Indictment    **X** Information    ☐ Complaint    ☐ Violation Notice    ☐ Probation Violation Petition

Charging you with a violation of Title   33   United States Code, Section(s)   1319(c)(1)(A)

Brief description of offense:

See petition.

NOTE: PLEASE REPORT TO THE UNITED STATES PROBATION SERVICES OFFICE ON THE FIRST FLOOR OF THE COURTHOUSE AT 8:30 AM TO BE INTERVIEWED BY A PROBATION SERVICES OFFICER PRIOR TO YOUR 10:15 AM APPEARANCE BEFORE THE COURT.

_/s/ Rex Brown_
Signature of Issuing Officer

6/25/04
Date

Rex Brown, Courtroom Clerk
Name and Title of Issuing Officer

AO 83 (Rev. 12/85) Summons in a Criminal Case

| RETURN OF SERVICE |
|---|
| Service was made by me  Date |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at: _____

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was _____

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned _____       _____
         Date                          Name of United States Marshal

                                     _____
                                     (by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.