# TYNG TEXTILES LLC

## Officer's Certificate

The undersigned, in his capacity as an officer of Tyng Textiles LLC, a limited liability company organized and existing under the laws of the State of Delaware (the "Company"), hereby certifies that:

1. I am the Chief Executive Officer of the Company. The Company is the sole General Partner of Dutton Yarn Company, L.P. ("Dutton Yarn Company").

2. This Certificate is furnished to the Office of the United States Attorney for the District of Massachusetts pursuant to the provisions of paragraph 4 of a plea agreement dated June 1, 2004 by and between Dutton Yarn Company and the Office of the United States Attorney for the District of Massachusetts (the "Plea Agreement").

3. Attached hereto as Exhibit A is a true and correct copy of an Action of Sole Member of the Company authorizing the Company, in its capacity as General Partner of Dutton Yarn Company, to take all actions necessary and appropriate to cause Dutton Yarn Company to execute and deliver the Plea Agreement, and to fully perform all of its obligations thereunder, including without limitation, waiving its right to indictment on the offenses referenced in the Plea Agreement and pleading guilty to an information charging said offenses.

4. Exhibit A authorizes me, in my capacity as Chief Executive Officer of the Company, to take all actions necessary and appropriate to effectuate the intent of the resolutions set forth therein. Exhibit A also authorizes the Company, in its capacity as General Partner of Dutton Yarn Company, to cause Dutton Yarn Company to execute and deliver a power of attorney authorizing Denis M. King, Esq., of the law firm of Goulston & Storrs, P.C., to act on behalf of Dutton Yarn Company in connection with the court proceedings contemplated by the Plea Agreement (the "Power of Attorney"). A true and correct copy of the executed Power of Attorney is attached hereto as Exhibit B.

5. All limited partnership formalities required to authorize Dutton Yarn Company to execute and deliver the Plea Agreement, to fully perform all of its obligations thereunder, and to execute and deliver the Power of Attorney, have been satisfied.

IN WITNESS WHEREOF, I have affixed my signature in my capacity as Chief Executive Officer of the Company, and not individually, as of the 2nd day of June, 2004.

Elkin McCallum
Chief Executive Officer