UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.                                                                  CRIMINAL NO. 04-10178 JLT

DUTTON YARN COMPANY


NOTICE OF
HEARING

ALEXANDER, U.S.M.J.

PLEASE TAKE NOTICE that the above-entitled case, previously scheduled for September 28, 2004 has been re-scheduled for a **sentencing** at **2:00 p.m.** on **Wednesday, October 6, 2004,** before Magistrate Judge Alexander in Courtroom #24 on the 7th floor of the United States Courthouse, 1 Courthouse Way, Boston, Massachusetts.

Please note that the defendant must appear with counsel.


HONORABLE JOYCE LONDON ALEXANDER
U.S. MAGISTRATE JUDGE

By the Court:


October 1, 2004            /S/ Rex Brown
Date                       Courtroom Clerk
                           (617) 748-9238


Notice to:   Denis M. King, Esq.
             AUSA Jonathan L. Kotlier, Esq.